**COLUMBIA TELECOMMUNICA-TIONS GROUP, INC., Plaintiff/Third Party Defendant–Cross Appellant,**

and

**David Giladi, Third Party Defendant–Cross Appellant,**

and

**USA Interactive (doing business as Home Shopping Network), and Home Shopping Network, Inc., Third Party Defendants,**

v.

**STONIA NEW YORK CORP., Defendant/Third Party Plaintiff–Appellant,**

and

**Jordan YAO and Zhi Hua Yao, Defendants/Third Party Plaintiffs.**

No. 04–1199, 04–1272.

United States Court of Appeals, Federal Circuit.

June 3, 2004.

Harold F. McGuire, Jr., Principal Attorney, McGuire, Kehl, William J. Thomashower, of Counsel, Kaplan, Thomashower, New York, NY, for Plaintiff–Cross Appellant, Third Party Defendant–Cross Appellant and Third Party Defendant–Appellant.

Raymond B. Churchill, Jr., Principal Attorney, Gottlieb Rackman, New York, NY, for Defendant/Third Party Plaintiff–Appellant.

*ORDER*

On April 19, 2004, the court issued an order indicating counsel for Stonia New York Corp. ("Stonia") "must enter an appearance within 30 days". Stonia has failed to comply with that order.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal # 04–1199 is dismissed.

(2) Each side shall bear its own costs in # 04–1199.

(3) The Appellants' initial briefs in # 04–1272 are due within 60 days of the date of filing of this order.